UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ORCHARD ENTERPRISES NY, INC.,

                *Plaintiff*,

    – against –

MEGABOP RECORDS LTD. t/a MBOP DIGITAL,

               *Defendant*.
------------------------------------------------------------------X

Case No. 09-civ-9607 (GBD)

Hon. George B. Daniels

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed: (a) declaration of Judd Burstein, dated June 8, 2010, (b) declaration of Jeremy M. Attie, dated June 8, 2010, and (c) the accompanying Memorandum of Law, dated June 8, 2010, Judd Burstein, P.C., will move this Court, before the Honorable George B. Daniels, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on such day when counsel may be heard, for an Order: (a) pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the

1

Southern District of New York, granting Judd Burstein, P.C., leave to withdraw as counsel for Defendant Megabop Records Ltd. t/a MBOP Digital in the above-captioned matter; with (b) such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 8, 2010

>                    Yours, etc.,
>
>                    JUDD BURSTEIN, P.C.
>
>                    By: _____
>                         Jeremy M. Attie (JA-0561)
>                    1790 Broadway, Suite 1501
>                    New York, New York 10019
>                    Tel:   (212) 974-2400
>                    Fax    (212) 974-2944
>                    Email: jattie@burlaw.com
>                    *Attorneys for Defendant*